IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20346
USDC No. H-92-CV-859
_____

MICHAEL ANTHONY EVANS,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, Director
Texas Department of Criminal
Justice, Institutional Division;
D. STEVENS,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
- - - - - - - - - -
July 30, 1996
Before DAVIS, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Michael Anthony Evans, TDCJ # 497500, moves for leave to appeal in forma pauperis (IFP), arguing that the district court improperly granted the defendant's motion for summary judgment and dismissed his Eighth Amendment claim based on calculated harassment.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Evans, however, has identified no reversible error in the dismissal.  See Evans v. Collins, No. H-92-CV-859 (S.D. Tex. Mar. 29, 1996).  His appeal fails to present a nonfrivolous issue; the motion for IFP is DENIED.  See Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986).  The appeal is DISMISSED.  5th Cir. R. 42.2.